

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

501 West 5th St., Suite 1100
Austin, Texas 78701
512-916-5896

May 19, 2015

To: Attorneys of Record

RE: USA V. KENNETH WAYNE KNOTTS
Case: 1:14-CR-036 LY

The above captioned case was closed on **11/24/2014**.

As stated in Local Rule CR 55:

> *Within 60 days after final disposition of the case, including appeal, and denial of, or expiration of the time in which to file, a petition for writ of certiorari in the U.S. Supreme Court, the party who offered an exhibit must remove it from the clerk. Failure to remove any exhibit within 60 days of final disposition of the case may result in the clerk destroying or otherwise disposing of the exhibit.*

In accordance with Local Rule CR 55(b), if the exhibits are not claimed by **Defendant**, they will be disposed of by the Clerk. Please contact me at (512) 916-5896, ext. 8712 to make arrangements to pick up your exhibits.

Attached, please find an exhibit receipt form for your use when picking up your exhibits.

Sincerely,

*Deanna Massie*

Deanna Massie
Deputy Clerk



William G. Putnicki

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

501 West 5th St., Suite 1100
Austin, Texas 78701
512-916-5896

# Receipt for Exhibits

I, the undersigned, do hereby acknowledge receipt of the following exhibits submitted by *circle one* (Government) / (Defendant) in Case No. **1:14-CR-036 LY**; styled: **USA V. KENNETH WAYNE KNOTTS.**

List of Exhibits:

    Government:

    Defendant:    *Exhibit 1*

_____
Date

_____
Signature

_____
Printed Name

_____
Name of Firm