RECEIVED

NOV 8 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED

NOV - 8 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Thursday
Nov 2, 2017

U.S. District Court Clerk
501 W. 5th Street
Austin, TX 78701

To Whom it may concern

My Name Kenneth Wayne Knotts, My Federal # is
344-86-380 and I am requesting that you
please mail me a copy of the Docket sheet
pretaining to my Sentence of 6 yrs in 2014
Thank you very much, And have a wonderful
Afternoon

Kenneth Wayne Knotts #344-86-380
Beaumont USP
PO Box 26030
Beaumont T.X. 77726

Sincerely
Ken Wayne Knotts

Kenneth Wayne Knotts #3414-86-380
Beaumont USP
P.O. Box 26030
Beaumont T.X. 77720

SCREENED BY CSO

NOV 08 2017

US District Court Clerk
501 W 5th St
Austin TX 78701

05 NOV 2017 PM 2 L