RECEIVED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Court Clerk
501 W. 5th Street
Austin, TX 78701

NOV-15-2017
Wednesday

To Whom It May Concern:

My name is Kenneth Wayne Knotts, my fed reg # is 34417-86-380. I received your response concerning my request for my forensic docket sheet, which did inform me that I would need to send $5.00 upon receipt of those (Pages @ $0.50 per page). I am now filing a BP-199 of $5 in order to forward the U.S. Dist. Clerk, you will receive a check.

However though I am pending transfer to the Beaumont F.C.I. Institution. It is not the best @ forwarding Mail, so did you receive the check?

Will you please look up where I am housed and send it to the address where I am headed. Thank you for your time. Have a good day.

Kenneth Wayne Knotts
# 34417-86-380
Beaumont U.S.P.
PO Box 26030
Beaumont, TX 77720

Kenneth Wayne Kinler II 3111-546-336 0
Beaumont U.S.P
Po Box 26030
Beaumont, TX 77720

NORTH HOUSTON TX 773
21 NOV 2017 PM 8 L

U.S. District Court Clerk
501 W. 5th Street
Austin, TX 78701

SCREENED BY CSU
NOV 27 2017